*E-FILED: November 28, 2012*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LISA MEDRANO, an individual, and LUIZ MEDRANO, an individual,<br><br>    Defendants. | No. C12-05572 HRL<br><br>**CLERK'S NOTICE RE CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT, there being no appearance by defendants, the initial case management conference has been continued to **January 29, 2013, 1:30 p.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California. Related deadlines are adjusted accordingly.

Dated: November 28, 2012

/s/
Chambers of Magistrate Judge Howard R. Lloyd

1  5:12-cv-05572-HRL Notice has been electronically mailed to:

2  Eugene Kazuo Yamamoto    GeneY63@aol.com