*E-FILED: January 24, 2013*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>LISA MEDRANO, an individual, and LUIZ MEDRANO, an individual,<br><br>   Defendants. | No. C12-05572 HRL<br><br>**CLERK'S NOTICE RE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

   PLEASE TAKE NOTICE THAT, based on plaintiff's January 22, 2013 status report, the case management conference set for January 29, 2013 has been **continued to February 26, 2013, 1:30 p.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California.  An updated case management statement shall be filed no later than **February 19, 2013**.

   Additionally, plaintiff is reminded that this case has been assigned to a magistrate judge. **No later than February 19, 2013**, **plaintiff shall file either** (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  See Civ. L.R. 73-1.  The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov. Each party is free to decline to proceed before a magistrate judge and to request reassignment to

1  a district judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).

2  Dated: January 24, 2013

3                                                          /s/
   Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1. 5:12-cv-05572-HRL Notice has been electronically mailed to:
2. Eugene Kazuo Yamamoto    GeneY63@aol.com
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.